# EXIHBIT 1

## JUNE 17,2019 SPRINT CELL PHONE BILL


Sprint

## Call Details - (617) 939-5417 - Voice
**Call time displays as Central Time (CT) or local time depending on how and where the call was made.**

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| Jun 05 | 03:36 pm | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| Jun 11 | 06:29 pm | (508) 510-9223 | Incoming | AU | 02:00 | - |
| Jun 12 | 10:06 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:29 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| Jun 13 | 09:03 am | (413) 784-3869 | Incoming | AU | 01:00 | - |
| | 11:34 am | (617) 326-3197 | Incoming | CW/AU | 01:00 | - |
| | 12:31 pm | (888) 680-4667 | Incoming | AU | 01:00 | - |
| | 01:19 pm | (413) 748-7370 | Incoming | AU | 01:00 | - |
| | 01:33 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 05:50 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| Jun 14 | 05:54 am | (413) 276-9427 | Incoming | NW/AU | 04:00 | - |
| | 05:59 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:15 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:20 am | (978) 252-0019 | Incoming | NW/AU | 04:00 | - |
| | 06:55 am | (978) 252-0019 | Incoming | NW/AU | 02:00 | - |
| | 07:05 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:15 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:34 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 07:39 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 07:45 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 07:49 am | (857) 326-1517 | Incoming | AU | 02:00 | - |
| | 08:13 am | (617) 326-3197 | Incoming | AU | 03:00 | - |
| | 08:20 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 08:29 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:35 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 08:50 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 09:00 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:15 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 09:18 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:45 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:55 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:00 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 10:35 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 10:39 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:08 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 11:33 am | (702) 986-9701 | Incoming | AU | 07:00 | - |
| | 11:39 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 12:15 pm | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 12:17 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 12:31 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 12:40 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 12:58 pm | (617) 939-8693 | Incoming | AU | 01:00 | - |
| | 02:32 pm | (407) 839-4420 | Incoming | AU | 01:00 | - |
| | 02:47 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| Jun 15 | 07:30 am | (413) 474-1192 | Incoming | NW/AU | 02:00 | - |
| | 10:44 am | (413) 507-8783 | Incoming | NW/AU | 01:00 | - |
| | 01:15 pm | (617) 312-9564 | Incoming | NW/AU | 01:00 | - |
| | 06:05 pm | (857) 326-1517 | Incoming | NW/AU | 01:00 | - |
| | 07:11 pm | (617) 238-5944 | Incoming | NW/AU | 02:00 | - |
| | 09:23 pm | (617) 594-2577 | Incoming | NW/AU | 22:00 | - |
| Jun 16 | 05:55 am | (413) 276-9427 | Incoming | NW/AU | 03:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**
**AU** Anytime/Plan Usage
**CW** Call Waiting
**NW** Night and Weekends



**Sprint**

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 06:45 am | (774) 232-5486 | Incoming | NW/AU | 13:00 | - |
| | 08:50 am | (617) 594-2577 | Incoming | NW/AU | 04:00 | - |
| | 09:43 am | (413) 234-1286 | Incoming | NW/AU | 01:00 | - |
| | 11:17 am | (617) 594-2577 | Incoming | NW/AU | 01:00 | - |
| | 06:28 pm | (413) 507-5419 | Incoming | NW/AU | 01:00 | - |
| | 06:30 pm | (732) 299-4493 | Incoming | NW/AU | 13:00 | - |
| | 09:41 pm | (732) 299-4493 | Incoming | NW/AU | 01:00 | - |
| | 10:22 pm | (732) 299-4493 | Incoming | NW/AU | 16:00 | - |
| Jun 17 | 05:53 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:10 am | (978) 252-0019 | Incoming | NW/AU | 07:00 | - |
| | 06:14 am | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 06:17 am | (413) 841-1784 | PITTSFIELD,MA | NW/AU | 01:00 | - |
| | 06:21 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:26 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:30 am | (978) 252-0019 | Incoming | NW/AU | 04:00 | - |
| | 06:47 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 06:59 am | (413) 240-1036 | Incoming | NW/AU | 01:00 | - |
| | 07:05 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:09 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:10 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 07:15 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 07:30 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:33 am | (413) 240-1036 | Incoming | AU | 02:00 | - |
| | 07:33 am | (413) 785-6800 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:47 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 07:48 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 07:49 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 07:50 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 08:10 am | (978) 252-0019 | Incoming | CW/AU | 03:00 | - |
| | 08:13 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:40 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 08:44 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:54 am | (413) 734-7760 | Incoming | AU | 01:00 | - |
| | 08:55 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:01 am | (413) 240-1036 | Incoming | AU | 03:00 | - |
| | 09:02 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 09:15 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 09:16 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:18 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:18 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:28 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:32 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:33 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 09:45 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:55 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:07 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:15 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 10:19 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:20 am | (978) 252-0019 | Incoming | CW/AU | 02:00 | - |
| | 10:26 am | (413) 534-2466 | Incoming | AU | 02:00 | - |
| | 10:28 am | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 10:33 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:35 am | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 10:44 am | (413) 885-8004 | Incoming | AU | 02:00 | - |

*Call Details - (617) 939-5417 - Voice continues...*

**Rate Type**

**AU**  Anytime/Plan Usage
**CW**  Call Waiting
**NW**  Night and Weekends



Sprint

Call Details - (617) 939-5417 - Voice ...continued

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 10:44 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 10:45 am | (413) 885-8004 | Incoming | AU | 05:00 | - |
| | 10:51 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:52 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 10:52 am | (413) 315-4500 | Incoming | AU | 01:00 | - |
| | 10:54 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 10:54 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 10:56 am | (413) 276-9427 | SPRINGFLD,MA | AU | 02:00 | - |
| | 10:58 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 10:58 am | (617) 594-2577 | Incoming | AU | 03:00 | - |
| | 10:58 am | (718) 567-5453 | BKLYN NYC,NY | AU | 01:00 | - |
| | 11:04 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 11:09 am | (617) 312-9564 | Incoming | AU | 07:00 | - |
| | 11:10 am | (413) 731-0011 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:11 am | (413) 693-6260 | Incoming | CW/AU | 02:00 | - |
| | 11:23 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 11:24 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 11:29 am | (413) 273-9698 | Incoming | AU | 01:00 | - |
| | 11:30 am | (978) 252-0019 | Incoming | CW/AU | 01:00 | - |
| | 11:35 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 11:45 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 11:45 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 11:50 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:01 pm | (617) 594-2577 | Incoming | AU | 02:00 | - |
| | 12:04 pm | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 12:05 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:05 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 12:06 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 12:07 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 12:16 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 12:33 pm | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 01:04 pm | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 01:04 pm | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 01:05 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:21 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:22 pm | (617) 594-2577 | BOSTON,MA | AU | 04:00 | - |
| | 01:25 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 01:27 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 01:32 pm | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |
| | 01:33 pm | (978) 424-9002 | Incoming | AU | 02:00 | - |
| | 01:33 pm | (978) 424-9002 | FITCHBURG,MA | AU | 04:00 | - |
| | 02:21 pm | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 02:34 pm | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 02:40 pm | (413) 534-2466 | Incoming | AU | 02:00 | - |
| | 03:18 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 03:29 pm | (413) 693-6260 | SPRINGFLD,MA | AU | 02:00 | - |
| | 03:30 pm | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:53 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 08:54 pm | (857) 326-1517 | BOSTON,MA | AU | 01:00 | - |
| | 09:26 pm | (617) 312-9564 | BOSTON,MA | NW/AU | 01:00 | - |
| | 10:45 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 01:00 | - |
| | 10:46 pm | (413) 507-5419 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 10:47 pm | (617) 594-2577 | BOSTON,MA | NW/AU | 02:00 | - |
| Jun 18 | 04:54 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |

Call Details - (617) 939-5417 - Voice continues...

Rate Type

AU  Anytime/Plan Usage
CW  Call Waiting
NW  Night and Weekends


**Sprint**

*Call Details - (617) 939-5417 - Voice ...continued*

| On | At | To / From | Destination | Rate | Mins | Cost |
|---|---|---|---|---|---|---|
| | 05:36 am | (413) 240-1036 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 05:49 am | (413) 276-9427 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 06:20 am | (978) 252-0019 | Incoming | NW/AU | 01:00 | - |
| | 06:28 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:34 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:43 am | (413) 885-8004 | CHICOPEE,MA | NW/AU | 01:00 | - |
| | 06:44 am | (413) 276-9427 | Incoming | NW/AU | 01:00 | - |
| | 06:47 am | (413) 732-9537 | SPRINGFLD,MA | NW/AU | 01:00 | - |
| | 07:04 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 07:07 am | (857) 326-1517 | Incoming | AU | 02:00 | - |
| | 07:15 am | (978) 252-0019 | Incoming | AU | 03:00 | - |
| | 07:20 am | (413) 930-5435 | SPRINGFLD,MA | AU | 03:00 | - |
| | 07:22 am | (413) 930-5435 | SPRINGFLD,MA | AU | 01:00 | - |
| | 07:45 am | (978) 252-0019 | Incoming | AU | 01:00 | - |
| | 07:48 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:09 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 08:10 am | (978) 252-0019 | Incoming | CW/AU | 02:00 | - |
| | 08:18 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 08:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:19 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:21 am | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 08:22 am | (413) 240-1036 | Incoming | CW/AU | 01:00 | - |
| | 08:24 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:28 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:28 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:32 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 08:36 am | (413) 378-0555 | CHICOPEE,MA | AU | 01:00 | - |
| | 08:40 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:00 am | (978) 252-0019 | Incoming | AU | 02:00 | - |
| | 09:13 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 09:14 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 09:17 am | (413) 784-3523 | Incoming | AU | 01:00 | - |
| | 09:19 am | (617) 466-1705 | Incoming | AU | 01:00 | - |
| | 09:20 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:27 am | (413) 784-3523 | Incoming | AU | 01:00 | - |
| | 09:29 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 09:29 am | (413) 356-7040 | CHICOPEE,MA | AU | 05:00 | - |
| | 09:39 am | (413) 536-6067 | Incoming | AU | 01:00 | - |
| | 09:42 am | (413) 276-9427 | Incoming | AU | 01:00 | - |
| | 09:54 am | (617) 594-2577 | Incoming | AU | 01:00 | - |
| | 09:55 am | (617) 312-9564 | Incoming | AU | 01:00 | - |
| | 10:00 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:13 am | (413) 240-1036 | Incoming | AU | 01:00 | - |
| | 10:15 am | (978) 252-0019 | Incoming | CW/AU | 01:00 | - |
| | 10:17 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:34 am | (413) 240-1036 | Incoming | AU | 03:00 | - |
| | 10:36 am | (978) 424-9002 | Incoming | CW/AU | 01:00 | - |
| | 10:47 am | (413) 276-9427 | SPRINGFLD,MA | AU | 01:00 | - |
| | 10:48 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 10:48 am | (413) 240-1036 | CHICOPEE,MA | AU | 01:00 | - |
| | 10:51 am | (413) 276-9427 | Incoming | AU | 02:00 | - |
| | 11:12 am | (978) 424-9002 | Incoming | AU | 01:00 | - |
| | 11:22 am | (617) 594-2577 | BOSTON,MA | AU | 01:00 | - |

**Rate Type**

**AU**  Anytime/Plan Usage
**CW**  Call Waiting
**NW**  Night and Weekends

*Call Details - (617) 939-5417 - Voice continues...*

USMS
SCREENED