# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

PAUL JONES

*Plaintiff*

v.

Civil Action No.: 1:20–CV–12076–PBS

MONTACHUSETT REGIONAL TRANSIT AUTHORITY

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Montachusette Regional Transit Authority
1427 Water Street
Fitchburg, MA 01420

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Jones
572 Park St
Stoughton, MA 02072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

CLERK OF COURT

/s/ – Francis Castilla

Signature of Clerk or Deputy Clerk

ISSUED ON 2020–11–30 15:19:36, Clerk USDC DMA

FILED IN CLERKS OFFICE
2020 DEC 16 PM 4:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Civil Action No.: **1:20-CV-12076-PBS**

PROOF OF SERVICE


**Worcester County Sheriff's Office P.O. Box 1066 Worcester, MA 01613 (508) 752-1100**

12/9/2020

I hereby certify and return that on 12/9/2020 at 9:37 AM I served a true and attested copy of the SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL, NOTICE OF INTENT TO LITIGATE in this action in the following manner: To wit, by delivering in hand to SHERRY COURCORAN, , agent, person in charge at the time of service for MONTACHUSETT REGIONAL TRANSIT AUTHORITY at 1427 WATER STREET FITCHBURG, MA 01420 . Attest ($5.00) Mileage ($23.66) Service Fee ($30.00) Office Expense ($20.00) Mailing ($3) ($3.00) Conveyance ($4.50) Total: $86.16

_Gregory Carr_
Gregory Carr
Deputy Sheriff

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_____
Date

_____
Server's Signature

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted service, etc: