UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 1:20-cv-12076-TSH

PAUL JONES

    Plaintiff,

v.

MONTACHUSETT REGIONAL TRANSIT
AUTHORITY, et al.

    Defendants

DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S FIRST
AMENDED VERIFIED COMPLAINT

    Defendant, Montachusett Regional Transit Authority ("MART" or "Defendant") hereby files this second Motion to Dismiss Plaintiff's Complaint on the grounds that Plaintiff's Complaint fails to state a claim for the violation of the Telephone Consumer Protection Act, 47 U.S.C., §§ 227 ("TCPA") for among other reasons, that Plaintiff was not a MART "consumer" as that is defined under the TCPA. Defendant relies upon and incorporates herein the memorandum of law filed herewith.

    WHEREFORE, Defendant respectfully requests that Plaintiff's Complaint be dismissed and judgment entered in favor of Defendant on all of Plaintiff's claims.

DEFENDANTS

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, REBECCA BADGLEY, DONNA LANDRY, BONNIE MAHONEY, KAREN CORDIO, JOANNE NORRIS, STEPHANIE RICHARDS, TAMARA SHUMOVSKAYA, JESSICA TORRES, AMANDA KUKTA, ROBERT MONK, MICHELLE MOYO, IVAN ROMAN, and CRYSTAL GEISERT

By their attorneys,

/s/ Deborah I. Ecker
Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: September 27, 2021

781161/MART/0006

CERTIFICATE OF COMPLIANCE WITH L.R. 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United State District Court for the District of Massachusetts, I hereby certify that I communicated with Plaintiff by email on September 24, 2021, with respect to the Motion to Dismiss Plaintiff's First Amended Verified Complaint.

                                                                      /s/ Deborah I. Ecker

---

CERTIFICATE OF SERVICE

I, Deborah I. Ecker certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

Date:  September 27, 2021                                 /s/ Deborah I. Ecker