# EXHIBIT 2

## TCPA FLOW CHART

PDF processed with CutePDF evaluation edition www.CutePDF.com

# TCPA LIABILITY FLOW CHART

**ESTABLISHED BUSINESS RELATIONSHIP DEFINITON SEE AT TCPA§(a)(2); 47 C.F.R. § 64.1200(f)(6).**

**IS THERE A POTENTIAL TCPA VIOLATION?**

**DID SENDER AND RECIPIENT HAVE AN ESTABLISHED BUSINESS RELATIONSHIP?**

**WAS PRIOR EXPRESS CONSENT GIVEN BY RECIPIENT?**

**WHAT IS THE PURPOSE / CONTENT OF THE COMMUNICATION?**

**HOW IS THE COMMUNICATION SENT?**

**WHAT TYPE OF LINE IS COMMUNICATION SENT?**

Branch 1 (TO ANY RESIDENTIAL LINE):
- USING AN ARTIFICIAL OR PRERECORDED VOICE → ADVERTISING/TELEMARKETING → WRITTEN CONSENT WAS NOT GIVEN → POTENTIAL TCPA VIOLATION
- NON-COMMERCIAL PURPOSE OR COMMERCIAL PURPOSE WITH NO ADVERTISING/TELEMARKETING → WRITTEN CONSENT WAS GIVEN → UNLIKELY TCPA VIOLATION
- BY A PERSON

Branch 2 (TO ANY TELEPHONE NUMBER ASSIGNED TO A "WIRELESS" LINE):
- USING AN AIDS OR ARTIFICICIAL PRERECORDED VOICE → ADVERTISING/TELEMARKETING → WRITTEN CONSENT WAS NOT GIVEN → POTENTIAL TCPA VIOLATION; WRITTEN CONSENT WAS GIVEN → UNLIKELY TCPA VIOLATION
- INFORMATION (WITHOUT ADVERTISING) THAT RELATES DIRECTLY TO ACCOUNT, TRANSACTION OR PURPOSE FOR WHICH CALLED PARTY KNOWINGLY PROVIDED NUMBER → CONSENT WAS NOT GIVEN / CONSENT WAS GIVEN
- BY A PERSON

Branch 3 (BY ANY FAX MACHINES):
- UNSOLICITED ADVERTISEMENT → PRIOR INVITATION OR PERMISSION WAS NOT GIVEN → NO ESTABLISHED BUSINESS RELATIONSHIP / ESTABLISHED BUSINESS RELATIONSHIP → POTENTIAL TCPA VIOLATION
- INFORMATION → PRIOR INVITATION OR PERMISSION WAS GIVEN → UNLIKELY TCPA VIOLATION