# Exhibit 3

DEFENDANTS 36 ARTIFICIAL COMPUTERIZED VOICE MESSAGES LEFT ON PLAINTIFF CELL PHONE