# EXHIBIT 4

## PROOF PLAINTIFF REVOKED CONSENT

PDF processed with CutePDF evaluation edition www.CutePDF.com

COMMONWEALTH COMMUNITY RECOVERY

DIVISION INC.

PAUL JONES

79NTHOMPSON STREET

SPRINGFIELD, MA 01072

MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)

100 MAIN STREET

FITCHBURG, MA 01420

February 11, 2017

Dear Crystal Geisert,

I am writing again to request that all calls to my cellular telephone be removed from MARTS Automatic Telephone Dialing System, I wrote MART some time ago and ask that CCRD INC only be called on the 888-680-4667 number, as I cannot answer 30 – 40 calls a day from MART on my cellular telephone.

CCRD INC appreciate the work but please use the 888 number only for all calls, as you Automatic Dialing System starts to call us at 7am most days with an computerized voice, this is very stressful on me as I am trying to driving clients.

The 617-939-5417 number is my personal cell phone please remove my cell number from you call list asap thank you and I hope you understand any questions please call me asap.

Paul M. Jones

UNITED STATES POSTAL SERVICE
17 FEB '17
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

Paul Jones
79 Thompson St
Springfield, MA 01109

USPS TRACKING#

9590 9403 0369 5163 6844 68



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FITCHBURG, MA 01420

Certified Mail Fee  $3.35
$                    $2.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.70
$

Total Postage and Fees
$  $6.80

Postmark Here
02/15/2017

Sent To Mart (Notice of TCPA violations)
Street and Apt. No., or PO Box No. Dates
100 Main St
City, State, ZIP+4®
Fitchburg, MA

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0001 5570 5341

COMMONWEALTH COMMUNITY RECOVERY

DIVISION INC.

PAUL JONES

79NTHOMPSON STREET

SPRINGFIELD, MA 01072


MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)

100 MAIN STREET

FITCHBURG, MA 01420

November 12, 2016

Dear MART,

I am writing to ask that you remove my cell phone from your Automatic Telephone Dialing System ASAP, please call CCRD INC only on 888-680-4667.

I am revoking all ATDS calls to my cellular telephone (617-939-5417)number as of lately I have been receiving sometimes 30-40 calls a day as early as 7 am, please remove my 617-939-5417 number as soon as possible.

I can't answer most of these calls please don't take it as I am ignoring the calls as I am driving with clients and it is difficult and dangerous to pull over every few minutes Thank you.


Paul Jones

# USPS.COM®

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70162710000107775997

## Product & Tracking Information

**Postal Product:**          **Features:**
First-Class Mail®            Certified Mail™         Return Receipt

See tracking for related item: 9590940220696132393671

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 21, 2016, 12:03 pm | Delivered, Left with Individual | FITCHBURG, MA 01420 |

Your item was delivered to an individual at the address at 12:03 pm on November 21, 2016 in FITCHBURG MA 01420.

| November 19, 2016, 8:13 am | Available for Pickup | FITCHBURG, MA 01420 |
| November 19, 2016, 6:40 am | Arrived at Unit | FITCHBURG, MA 01420 |
| November 18, 2016, 12:40 pm | Departed USPS Destination Facility | SHREWSBURY, MA 01546 |
| November 18, 2016, 8:08 am | Arrived at USPS Destination Facility | SHREWSBURY, MA 01546 |
| November 18, 2016, 5:26 am | Departed USPS Facility | HARTFORD, CT 06101 |
| November 17, 2016, 10:17 pm | Arrived at USPS Origin Facility | HARTFORD, CT 06101 |
| November 17, 2016, 6:30 pm | Departed Post Office | HOLYOKE, MA 01040 |
| November 17, 2016, 3:43 pm | Acceptance | HOLYOKE, MA 01040 |

## Available Actions

Text Updates

Email Updates

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FITCHBURG, MA 01420          OFFICIAL USE

Certified Mail Fee  $3.30                                              0040
$                    $2.70                                              06
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required        $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$    $0.68
Total Postage and Fees
$    $6.68                                       11/17/2016

Sent To  MART
Street and Apt. No., or PO Box No.
    100 MAIN ST
City, State, ZIP+4®
    Fitchburg, MA 01420

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 2710 0001 0777 5997

## Track Another Package

Tracking (or receipt) number

[                                          ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›





