FILED IN CLERKS OFFICE
OCT 12 '21 AM 11:41 USDC MA

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

PLAINTIFF                                                                          Case 1:20-cv-12076-TSH

V

MONTACHUSETTS REGIONAL TRANSIT AURTHORITY et al.

DEFENDANTS

**PLAINTIFFS AFFIDAVIT AND STATEMENTS OF FACTS**

1. I, Paul Jones, hereby depose and state as follows: I am the Plaintiff in this complaint and is over the age of twenty-one, I believe that this Motion to Strike is well grounded in fact and warranted by existing or by law or by a good faith argument for the extension.

2. There is no genuine issues of material fact in this case plaintiff has met all elements of the TCPA.

3. Defendants called plaintiffs cellular telephone number 617-XXX-5417 with an ATDS and or Predictive Dialer and left artificial computerized voice messages (Exhibit 1 Plaintiff Sprint Bill) Exhibit 3 CD Defendants left artificial computerized voice message of plaintiff's cell phone during the time this Amended Verified Complaint states.

4. That defendant and plaintiff did not have an Established Business Relationship when they placed the calls to plaintiff's cell phone for June 17, 2019, through July 2019, plaintiff revoked consent with two letters sent by Certified Return Receipt in 2016 and 2017 the green cards was signed by defendants' employees upon receipt See Exhibit 4.

1

5. Plaintiff registered his cell number 617-XXX-5417 on the TCPA / FCC Do not call registry Exhibit 5.

## PLAINTIFF STATEMENT OF FACTS

6. Defendants admitted the place the calls to plaintiff's cell phone. See DFNT 2nd MTD "MART was not contacting Plaintiff as a private resident, but rather as the dispatcher for CCRD, a MART vendor, to schedule transportation services that CCRD was to provide to MART consumers" , "MART automated vendor callout process to schedule transportation Where the calls were made to Plaintiff in his commercial capacity pursuant to MART's contract with his employer, CCRD, those calls do not fall within the protections afforded to private residents by the TCPA". Plaintiff objects to the timing and number of calls received while he is driving. Plaintiff, of course, does not have to answer the calls.", " The telephone calls being made to his cell phone – the telephone number he provided – are being made for the are being made for the purpose of conducting the business which is the subject of the contract between to CCRD and MART". See DFNT 2nd MTD pg. 4, DKT 14.

7. Plaintiff by Defendants admitted that plaintiff gave them two additional number to contact CCRD plaintiff's employer. " The fact that Plaintiff provided MART with a different telephone number is irrelevant". See DFNT 2nd MTD pg. 4, DKT 14.

8. Defendants never stated that they had consent to place any calls to plaintiff See DFNT 1st or 2nd MTD DKT # 8 and 14.

    Paul Jones    /s/ Paul Jones    October 11, 2021

    572 Park Street

    Stoughton, Ma 02072

    Pj22765@gmail.com  617-939-5417

## VERIFICATION AND CERTIFICATION

## STATE OF MASSACHUSETTS

### Plaintiff, Paul Jones, states as follows

I am the Plaintiff in this complaint and is over the age of 21, I believe that this Motion to Strike is well grounded in fact and warranted by existing or by law or by a good faith argument for the extension

I believe it is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s). I have filed it in good faith and solely for the purposes set forth in it. Each and every exhibit which has been attached to this complaint is true and correct copy of the original.

I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

The plaintiff has reviewed the motion, regarding the allegations of which the plaintiff has personal knowledge, the plaintiff knows or believes them to be true.

Regarding the allegations of which the plaintiff does not have personal knowledge, the plaintiff believes them to be true based on specified information, documents, or both.

Pursuant to 28 U.S.C. § 1746(2), I, Paul Jones, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing pleading is true and correct.

Paul Jones          /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

617-939-5417

# Exhibit 5

Do not call registry 2014

Plaintiffs Cell# 617-xxx-5417

PDF processed with CutePDF evaluation edition www.CutePDF.com

 Gmail

paul jones <ccrdcorp@gmail.com>

## National Do Not Call Registry - Your Registration Is Confirmed
1 message

**Verify@donotcall.gov** <Verify@donotcall.gov>　　　　　　　　　　　　　Sun, Sep 26, 2021 at 8:27 AM
To: ccrdcorp@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 5417 on August 07, 2014. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*********************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.