FILED IN CLERKS OFFICE

OCT 12 '21 AM11:41 USDC MA

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES

PLAINTIFF                                                       Case 1:20-cv-12076-TSH

V

MONTACHUSETTS REGIONAL TRANSIT AURTHORITY et al.

DEFENDANTS

### PLAINTIFF'S MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS SECOND MOTION TO DISMISS IN THE ALTORNATIVE PLAINTIFFS MOTION TO STRIKE IS DENIED

1. Plaintiff respectfully moves the Court, pursuant to Rule 15 of the Federal Rules of Civil Procedure, for leave to file an opposition to defendant Second Motion to Dismiss a copy of which is attached hereto. The Opposition Memorandum has reason the defendants second MTD should be dismiss along with the same Exhibits used in Plaintiff Motion to strike so that plaintiff does not have to keep filing the same Exhibits.

### CONCLUSION

For the reasons identified above, the Plaintiff requests that the Court in alternative if plaintiff motion to strike is denied granting Plaintiff's motion for leave to file the proposed amended complaint.

Paul Jones   /s/ Paul Jones           October 11,2021

572 Park Street

Stoughton, Ma02072

617-939-5417

Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I, Paul Jones the plaintiff certify that the above document was filed electronically with the court and defendants it will be sent electronically and by First class mail to counsel of record.

Respectfully Submitted

Paul Jones   /s/ Paul Jones                    October 11,2021

572 Park Street

Stoughton, Ma02072

617-939-5417

Pj22765@gmail.com


Mark R. Reich

Deborah I. Ecker

KP Law, P.C. 101 Arch Street, 12th Floor

Boston, MA 02110-1109

decker@k-plaw.com,

mreich@k-plaw.com

## VERIFICATION AND CERTIFICATION

### STATE OF MASSACHUSETTS

### Plaintiff, Paul Jones, states as follows

I am the Plaintiff in this complaint and is over the age of 21, I believe that this Motion to Leave is well grounded in fact and warranted by existing or by law or by a good faith argument for the extension

I believe it is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s). I have filed it in good faith and solely for the purposes set forth in it. Each and every exhibit which has been attached to this complaint is true and correct copy of the original.

I have not altered, changed, modified, or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

The plaintiff has reviewed the motion, regarding the allegations of which the plaintiff has personal knowledge, the plaintiff knows or believes them to be true.

Regarding the allegations of which the plaintiff does not have personal knowledge, the plaintiff believes them to be true based on specified information, documents, or both.

Pursuant to 28 U.S.C. § 1746(2), I, Paul Jones, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing pleading is true and correct.

Paul Jones           /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072

Pj22765@gmail.com

617-939-5417