UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,
           Plaintiff

v.                                              Civil Action No. 1:20-cv-12076-TSH

MONTACHUSETTE REGIONAL
TRANSIT AURTHORITY et al.

           Defendant

MOTION TO FILE ELECTRONICALLY

Now comes the plaintiff to ask the court to allow him to file through the courts electronic system (Pacer) to file all pleadings on this 12th day of October 2021.

Paul Jones      /s/ Paul Jones

Pj22765@gmail.com

572 Park Street

Stoughton, Ma 02072