# EXHIBIT 4

## PROOF PLAINTIFF REVOKED CONSENT

PDF processed with CutePDF evaluation edition www.CutePDF.com

**COMMONWEALTH COMMUNITY RECOVERY**

**DIVISION INC.**

**PAUL JONES**

**79NTHOMPSON STREET**

**SPRINGFIELD, MA 01072**

**MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)**

**100 MAIN STREET**

**FITCHBURG, MA 01420**

February 11, 2017

Dear Crystal Geisert,

I am writing again to request that all calls to my cellular telephone be removed from MARTS Automatic Telephone Dialing System, I wrote MART some time ago and ask that CCRD INC only be called on the 888-680-4667 number, as I cannot answer 30 – 40 calls a day from MART on my cellular telephone.

CCRD INC appreciate the work but please use the 888 number only for all calls, as you Automatic Dialing System starts to call us at 7am most days with an computerized voice, this is very stressful on me as I am trying to driving clients.

The 617-939-5417 number is my personal cell phone please remove my cell number from you call list asap thank you and I hope you understand any questions please call me asap.

Paul M. Jones

UNITED STATES POSTAL SERVICE

17-FEB '17
PM 2 L



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Paul Jones
79 Thompson St
Springfield MA 01109

---

USPS TRACKING#

9590 9403 0504 5063 6904 89

---



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FITCHBURG, MA 01420

| Certified Mail Fee | $3.35 | | 0089 |
| $ | | $2.75 | 07 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 | |
| ☐ Return Receipt (electronic) | $ | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 | Here |
| ☐ Adult Signature Required | $ | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | | | |
| $ | $0.70 | | |
| Total Postage and Fees | | | 02/15/2017 |
| $ | $6.80 | | |

Sent To  Mart (Notice of TCPA violations)
Plates

Street and Apt. No., or PO Box No.  100 Main St

City, State, ZIP+4®  Fitchburg, MA

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 0640 0001 5570 5341

COMMONWEALTH COMMUNITY RECOVERY

DIVISION INC.

PAUL JONES

79NTHOMPSON STREET

SPRINGFIELD, MA 01072


MONTACHUSETT REGIONAL TRANSPORTATION AUTHORITY (MART)

100 MAIN STREET

FITCHBURG, MA 01420

November 12, 2016

Dear MART,

I am writing to ask that you remove my cell phone from your Automatic Telephone Dialing System ASAP, please call CCRD INC only  on 888-680-4667.

I am revoking all ATDS calls to my cellular telephone (617-939-5417)number as of lately I have been receiving sometimes 30-40 calls a day as early as 7 am, please remove my 617-939-5417 number as soon as possible.

I can't answer most of these calls please don't take it as I am ignoring the calls as I am driving with clients and it is difficult and dangerous to pull over every few minutes Thank you.


Paul Jones

English    Customer Service    USPS Mobile

Register / Sign In

**≋USPS.COM**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number: 70162710000107775997**

## Product & Tracking Information

| | | | |
|---|---|---|---|
| **Postal Product:** | **Features:** | | |
| First-Class Mail® | Certified Mail™ | Return Receipt | |
| | See tracking for related item: 9590940220696132393671 | | |

**Available Actions**

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **November 21, 2016 , 12:03 pm** | **Delivered, Left with Individual** | **FITCHBURG, MA 01420** |

Your item was delivered to an individual at the address at 12:03 pm on November 21, 2016 in FITCHBURG, MA 01420.

| November 19, 2016 , 8:13 am | Available for Pickup | FITCHBURG, MA 01420 |
| November 19, 2016 , 6:40 am | Arrived at Unit | FITCHBURG, MA 01420 |
| November 18, 2016 , 12:40 pm | Departed USPS Destination Facility | SHREWSBURY, MA 01540 |
| November 18, 2016 , 8:08 am | Arrived at USPS Destination Facility | SHREWSBURY, MA 01540 |
| November 18, 2016 , 5:26 am | Departed USPS Facility | HARTFORD, CT 06101 |
| November 17, 2016 , 10:17 pm | Arrived at USPS Origin Facility | HARTFORD, CT 06101 |
| November 17, 2016 , 6:30 pm | Departed Post Office | HOLYOKE, MA 01040 |
| November 17, 2016 , 3:43 pm | Acceptance | HOLYOKE, MA 01040 |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

FITCHBURG, MA 01420        0040

Certified Mail Fee  $3.30
$                           $2.70        06
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00      Postmark
☐ Certified Mail Restricted Delivery  $ $0.00     Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage            $0.68
$
Total Postage and Fees           11/17/2016
$           $6.68
Sent To
MARI
Street and Apt. No., or PO Box No.
100 MAIN ST
City, State, ZIP+4®
FitchBurg, MA 01420

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

## Track Another Package

**Track Another Package**
Tracking (or receipt) number

[                                    ]   Track It

**Manage Incoming Packages**

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



UNITED STATES POSTAL SERVICE

17 MAR '18
PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4® in this box●

Paul Jones
74 Thompson St
Springfield, ma 01109

USPS TRACKING#

9590 9403 0904 5168 9087 82



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

FITCHBURG, MA 01420

| Certified Mail Fee | | |
|---|---|---|
| $ $3.45 | $2.75 | 4101 |
| | | 06 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

03/15/2018

Postage
$ $1.13

Total Postage and Fees
$ $7.33

Sent To Hart, Rate Changes & Notice TcpA
Street and Apt. No., or PO Box No. 100 Main st
City, State, ZIP+4® Fitchburg, mn 01420

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7015 1520 0000 1814 3550