# Exhibit 5

Do not call registry 2014

Plaintiffs Cell# 617-xxx-5417

PDF processed with CutePDF evaluation edition www.CutePDF.com

 Gmail

**paul jones <ccrdcorp@gmail.com>**

## National Do Not Call Registry - Your Registration Is Confirmed
1 message

**Verify@donotcall.gov** <Verify@donotcall.gov>         Sun, Sep 26, 2021 at 8:27 AM
To: ccrdcorp@gmail.com

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 5417 on August 07, 2014. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov  to register another number or file a complaint against someone violating the Registry.

*************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.