UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,
        Plaintiff.

v.                                   Civil Action No. 1:20-cv-12076-TSH

MONTACHUSETTS REGIONAL

TRANSIT AUTHORITY
        Defendant.

### AFFIDAVIT OF PAUL JONES

Pursuant to 28 U.S.C. § 1746, I Paul Jones hereby declares as follows:

1. I am the Plaintiff in this case and have firsthand knowledge of the fact in this affidavit and can testify to the same if called to do so.

2. My telephone number ending in 5417 was with Sprint at the time of all calls and now is with Sprint / T-Mobile. See Plnt SOF ¶1-2.

3. Defendants called my cellular telephone number 5417 from telephone numbers (978) 252- 0091 and (978) 424-9002., 59 times and left 36 artificial

1

computerized messages from June 17, 2019, until July 10, 2019. See Plnt SOF ¶10, 20.

4. I never consented to receive any of the calls on my cellular telephone (5417) with express consent or express written consent from the defendants. See Plnt SOF ¶ 9, 24, 25.

5. Defendants called my cell phone ending in 5417 after I revoked consent in writing as early as November 2016 on several occasions. See Plnt SOF ¶16.

6. I revoked consent orally and by mail telling the defendant's counsel, to inform the defendants not to call my cellular telephone. See Plnt SOF ¶ 4, 17.

7. I revoked consent by orally telling the defendant's Supervisors and lower employees not to call my cellular telephone. See Plnt PMSJ ¶ 72.

8. Defendants placed artificial prerecorded calls to my cellular telephone ending in 5417 from on or about June 17, 2019, until July 10, 2019, and left 36 prerecorded messages. Dckt 6 ¶ 8. Also, See Plnt SOF ¶ 3.

9. When I answered the calls from Defendants or when I listened to the voicemail messages left by Defendants I heard a prerecorded message. Plnt SOF ¶ 12 Also See Plnt PMSJ ¶ 18.

10. Some of the defendant's message was silent, disconnected in the beginning, middle or the call was dropped. See Plnt PMSJ ¶ 54. Also See Plnt SOF ¶ 12.

11. I preserved most prerecorded voice mails from the defendant that were left on my cellular telephone ending in 5417. See Ex 1 CD.

12. I never provided my cellular telephone to Defendant for purposes of calling me with artificial prerecorded robocalls. See Plnt SOF ¶ 33.

13. On approximately November 2016 and February 2017 , I revoked all consent they may have thought they had by certified return receipt mail. See Plnt **PMSJ** ¶ 68.

14. I sent the letters by certified return receipt but only have two, I cannot find the third letter I sent by certified return receipt. See Plnt **PMSJ** ¶ 20 Also See Plnt SOF ¶ 12

15. The defendants never had any kind of contract directly with Plaintiff Paul Jones. See Plnt PMSJ ¶ 13 Also see Plnt SOF ¶ 9.

16. Plaintiffs suffered an Article III injury, invasion of privacy, which is a particularized concrete harm. See Plnt SOF ¶ 34.

17. <u>Exhibit 1</u> contains a Sprint Subscriber Account Record bill for the Plaintiff produced by Sprint for June and July 2019 that shows the defendant's telephone numbers (978) 252- 0091 and (978) 424-9002 calling the plaintiff's cellular telephone.

18. Exhibit 1 also shows the Sprint phone bill that shows that the defendants placed 59 calls to Plaintiff's cellular telephone number 5417 between June 17, 2019, and July 10, 2019.

19. Exhibit 3 is a CD Rom with 36 prerecorded messages left by the defendant's ATDS / IVR system.

20. Exhibit 4 is two letters I sent to the defendant in November 2016 and February 2017, revoking any consent they may have thought they had, and asking that all calls stop to my cell phone (5417) and giving them other numbers to contact CCRD.

21. Exhibit 5 is proof Plaintiff's cellular telephone (5417) has been registered on the Do Not Call list since August 07, 2014.

22. Exhibit 2 contains June 18, 2015, Federal Communications Commission press release announcing FCC ruling to strengthen consumer protections against unwanted calls.

23. On December 11, 2019, the plaintiff filed a second lawsuit for violations of the TCPA putting plaintiffs on notice that they were violating the TCPA. See Dkt 6 CA # 1:20-cv-12076-TSH.

Pursuant to 28 U.S.C. § 1746, I hereby declare, under the pains and penalties of perjury, that the facts stated in this affidavit, are personally known to me, and that they are true and correct, and I could testify if called to do so.

Paul Jones  /s/ Paul Jones
572 Park Street
Stoughton, Ma 02072
617-939-5417
Pj22765@gmail.com

# VERIFICATION AND CERTIFICATION OF AFFIDAVT

# STATE OF MASSACHUSETTS

# Plaintiff, Paul Jones, states as follows

I am the Plaintiff in this Partial Motion for Summary Judgement. I believe that this Affidavit is well-grounded in fact and warranted by existing law and Firsthand Knowledge by a good faith argument for and the extension, modification, or law. I have filed it in good faith and solely for the purposes set forth in it. The plaintiff has reviewed the Affidavit, regarding the allegations of which the plaintiff has personal Firsthand knowledge, of the fact in this affidavit and can testify to the same if called to do so, the plaintiff knows or believes them to be true. Regarding the allegations of which the plaintiff does not have personal knowledge, the plaintiff believes them to be true based on specified information, documents, or both.

Pursuant to 28 U.S.C. § 1746(2), I Paul Jones Plaintiff hereby declare, under the pains and penalties of perjury, that the facts stated in this affidavit, the previously filed Verified Amended Complaint, and the Statement of Facts are personally known to me, and that they are true and correct and could testify if called to do so.

Paul Jones /s/ Paul Jones

572 Park Street

Stoughton, Ma 02072

PJ22765@gmail.com

June 10, 2022