UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET No. 1:20-cv-12076-TSH

PAUL JONES,

    Plaintiff

v.

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, et al.,

    Defendants

DEFENDANT'S MOTION TO EXTEND TIME TO OPPOSE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

    Defendant, Montachusett Regional Transit Authority ("MART" or "Defendant") hereby moves for an extension of time to file an opposition to Plaintiff's Motion for Partial Summary Judgement for Court I ("Motion for Summary Judgment") until such time as the Court renders an order on Defendant's Motion to Strike Plaintiff's Motion for Partial Summary Judgment or in the Alternative Stay until the Court Has Rendered a Decision on Defendant's Motion to Dismiss ("Defendant's Motion to Strike"). As grounds therefore, Defendant states as follows:

1. Plaintiff filed this second complaint against MART for the violation of the Telephone Consumer Protection Act, 47 U.S.C., §§ 227 ("TCPA") on November 27, 2020.

2. On September 13, 2021, the Court denied MART's Motion to Dismiss Plaintiff's Complaint filed by Defendant on the grounds of claim preclusion.

3. As a result, MART filed a second Motion to Dismiss on September 27, 2021, seeking to dismiss Plaintiff's Complaint for among other reasons, that Plaintiff was not a MART "consumer" as that is defined under the TCPA. Plaintiff filed an Opposition to Defendant's second Motion to Dismiss on or about October 25, 2021. Defendant's second Motion to Dismiss is currently pending before the Court.

4. The Court granted MART's Motion to Dismiss Plaintiff's claims for the violation of the TCPA against MART in a previous lawsuit filed by Plaintiff, *Paul Jones v. Montachusett Regional Transit Authority, et al., United States District court Docket No. 4:19-cv-11093-TSH* ("First Lawsuit"). The only difference between the claims Plaintiff now brings against MART and those brought in Plaintiff's First Lawsuit alleging violation of the TCPA is the time period within which Plaintiff alleges the subject calls occurred, now being June 17, 2019 to July 19, 2019.

5. On June 23, 2022, Plaintiff filed a Motion for Summary Judgment seeking to rehash the allegations contained in his Complaint and in his Opposition to Defendant's Motion to Dismiss.

6. Defendant's opposition to Plaintiff's Motion for Summary Judgment is due on July 14, 2022.

7. On June 23, 2022, Defendant filed Defendant's Motion to Strike.

8. Plaintiff's opposition to Defendant's Motion to Strike was due to be filed on July 7, 2022 giving the Court time to rule on Defendant's Motion to Strike prior to Defendant's deadline for filing an opposition to Plaintiff's Motion for Summary Judgment.

9. On July 6, 2022, the day before Plaintiff's opposition was due, Plaintiff filed Motion to Extend Time to file his opposition for fourteen (14) days, July 21, 2022. Plaintiff's Motion to Extend did not give cause for the requested extension.

10. On July 6, 2022, the Court granted Plaintiff's Motion to Extend, extending the deadline for Plaintiff to file an opposition to Defendant's Motion to Strike until July 21, 2022.

11. Plaintiff's new deadline is after the date that Defendant must file an opposition to Plaintiff's Motion for Summary Judgment. Accordingly, Defendant seeks an extension of time to file an opposition until after the Court renders a decision on Defendant's Motion to Strike. If the Court grants Defendant's Motion to Strike, Defendant will not have to incur the cost of filing an opposition.

WHEREFORE, Defendant respectfully requests that this honorable Court grant Defendant's Motion to Extend Time to Oppose Plaintiff's Motion for Partial Summary Judgment until such time as the Court renders a decision on Defendant's outstanding Motion to Strike.

DEFENDANTS,

MONTACHUSETT REGIONAL TRANSIT AUTHORITY, REBECCA BADGLEY, DONNA LANDRY, BONNIE MAHONEY, KAREN CORDIO, JOANNE NORRIS, STEPHANIE RICHARDS, TAMARA SHUMOVSKAYA, JESSICA TORRES, AMANDA KUKTA, ROBERT MONK, MICHELLE MOYO, IVAN ROMAN, and CRYSTAL GEISERT

By their attorneys,

/s/ Deborah I. Ecker
Mark R. Reich (BBO# 553212)
Deborah I. Ecker (BBO# 554623)
KP Law, P.C.
101 Arch Street, 12th Floor
Boston, MA  02110-1109
(617) 556-0007
mreich@k-plaw.com
decker@k-plaw.com

Dated: July 8, 2022

821325/MART/0006

## CERTIFICATE OF SERVICE

      I, Deborah I. Ecker certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.

Date:  July 8, 2022                                        /s/ Deborah I. Ecker