UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jones,
  Plaintiff,

V.

Montachusett Regional Transit Authority,
  Defendant,

CIVIL ACTION

NO. 20-12076-TSH

### ORDER OF DISMISSAL

Hillman, D.J.

In accordance with the Court's Order dated 7/12/22, granting the defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

_7/12/22_
Date

/s/ Martin Castles
Deputy Clerk