UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff

v.                                         Civil Action No. 1:20-cv-12076-TSH

MONTACHUSETT REGIONAL TRANSIT

AUTHORITY

Defendants

**NOTICE OF APPEAL**

Plaintiff Paul Jones gives notice that he appeals from the final judgment entered against him on or about July 12, 2022, to the United States First Circuit Court of Appeals.

*/s/ Paul Jones*

Paul Jones                                   July 13, 2022
572 Park Street
Stoughton, Ma02072
617-939-5417
Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that on this date of July 13, 2022, I have made service of a copy of the above Notice of appeal to the counsel of record.

Respectfully Submitted

*/s/ Paul Jones*                                                                                              July 13, 2022

Paul Jones

572 Park Street

Stoughton, Ma02072

617-939-5417

Pj22765@gmail.com


Mark R. Reich (BBO# 553212)

Deborah I. Ecker (BBO# 554623)

KP Law, P.C. 101 Arch Street, 12th Floor

Boston, MA 02110-1109

decker@k-plaw.com, mreich@k-plaw.com

(617) 556-0007