**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number: 20cv12076-TSH
USCA Docket Number: 22-01569

Paul Jones

v.

Montachusett Regional Transit Authority

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents  x  electronic documents:

**Main Documents:**

   Document Numbers: ECF No. 41

**Other Documents:**

   Sealed Records:

   Document Numbers: ____

   *Ex parte* Records:

   Document Numbers: ____

are to be included with the record on appeal in the above entitled case.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/29/2022.

ROBERT M. FARRELL
Clerk of Court

By: /s/ Samantha Dore
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

Deputy Clerk, US Court of Appeals