UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PAUL JONES,

Plaintiff.

v.                                                                                      Civil Action No. 1:20-cv-12076-TSH

MONTACHUSETTS REGIONAL

TRANSIT AUTHORITY

Defendant.

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Now comes Plaintiff Paul Jones to move the court to strike plaintiff's Partial Motion for Summary Judgment documents including Docket 23, 24,25, 28 and 33 from the docket regarding Case 1:20-cv-12076-TSH.

I have conferred with the defendant's counsel of record on December 8, 2023, by email and defendant's attorney opposes my motion to Strike my dockets pertaining to Plaintiffs Partial Summary Judgments.

Respectfully Submitted,

Paul Jones

79 Thompson Street

Springfield, Ma 01109

617-939-5417

Pj22765@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I email the defendant and mailed a copy First Class by the United States Postal Service to the defendant's attorney of record.

Paul Jones /s/ Paul Jones                                           December 8, 2023

572 Park Street

Stoughton, Ma 02072

PJ22765@gmail.com


Deborah I. Eckers

101 Arch St, 12th Floor

Boston, Ma 02110

617-654-1714

decker@k-plaw.com